FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 01 2013

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

# United States District Court
## for the
### Eastern District of Arkansas

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Benjamin John Cox | Case Number: 4:09CR00341-01 JLH |

Name of Sentencing Judicial Officer:   Honorable G. Thomas Eisele
United States District Judge

November 30, 2011: Case Reassigned
Honorable J. Leon Holmes
United States District Judge

Original Offense:   Bribery of a Public Official

Date of Sentence:   April 4, 2011

Original Sentence:   1 year and 1 day Bureau of Prisons, 2 years supervised release, DNA, financial disclosure, no new loans or lines of credit without prior approval, $1,000 fine, and $100 special penalty assessment

| Type of Supervision: | Supervised Release | Date Supervision Commenced: March 20, 2013 |
|---|---|---|
| | | Date Supervision Expires: March 19, 2015 |

| U.S. Probation Officer: Amber Dunn | Asst. U.S. Attorney: Michael Gordon | Defense Attorney: Molly Sullivan |
|---|---|---|

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒   To modify the conditions of supervision as follows:

**The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer, not to exceed 12 tests per month.**

**The defendant shall refrain from the use and/or possession of any synthetic cannabis substances, designer drugs, bath salts, or any other mind and/or body altering substances.**

**The defendant shall submit to a warrantless search of person, residence, vehicle, personal effects, place of employment, and other property by a Federal probation or pretrial services officer or other law enforcement officer, based upon reasonable suspicion of contraband or a violation of a condition of probation. Failure to submit to a search may be grounds for revocation of probation.**

**Any unpaid amount of the special assessment, fine, or restitution is to be pain in monthly installments of not less than 10% of the defendant's gross monthly income or $25, whichever is greater.**

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Benjamin John Cox    Case Number: 4:09CR00341-01 JLH

## CAUSE

Mr. Cox is tentatively scheduled to release from the Bureau of Prisons on March 20, 2013, and has presented a release plan to reside in the District of Alaska with his wife and minor son. The above noted conditions of supervised release have been requested by the U.S. Probation Office for the District of Alaska. Their office agreed to accept supervision and jurisdiction in the underlying case if Mr. Cox agreed to adhere to the conditions of supervised release, to include those included above. On January 18, 2012, a conference call was conducted between Mr. Cox and Molly Sullivan of the Federal Public Defender's Office. Ms. Sullivan had no objections to modifying the conditions of Mr. Cox's supervised release. Mr. Cox previously signed the attached Waiver of Hearing to Modify Conditions of Supervised Release.

Amber Dunn
Drug and Alcohol Treatment Specialist

Michael Gordon
Assistant U.S. Attorney

Date: January 26, 2013

Date: 1/29/13

Approved:

Supervising U.S. Probation Officer

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

Signature of Judicial Officer

Date: February 1, 2013

This form is to be filed with Criminal Docketing as an order and/or petition.

c:  Assistant Federal Public Defender, Molly Sullivan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, Michael Gordon, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

U.S.A. v Benjamin John Cox                    Docket No. 4:09CR00341-01 GTE

I, __Benjamin John Cox__, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

1. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer, not to exceed 12 tests per month.

2. The defendant shall refrain from the use and/or possession of any synthetic cannabis substances, designer drugs, bath salts, or any other mind and/or body altering substances.

3. The defendant shall submit to a warrantless search of person, residence, vehicle, personal effects, place of employment, and other property by a Federal probation or pretrial services officer or other law enforcement officer, based upon reasonable suspicion of contraband or a violation of a condition of probation. Failure to submit to a search may be grounds for revocation of probation.

4. Any unpaid amount of the special assessment, fine, or restitution is to be paid in monthly installments of not less than 10% of the defendant's gross monthly income or $25, whichever is greater.

Signed: _[signature]_ Benjamin John Cox       Date: 12-5-2012

Witness: _[signature]_                         Date: 12/5/12

Molly [signature] 01-18-2013
Assistant Federal
Defender - Eastern
District of Arkansas